BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



/S/ Jeanne Henderson
_____
Date: 07/24/2015

## CERTIFICATE OF SERVICE

I, Chris Gerstner, certify that service of this summons and a copy of the complaint was made on ___7/24/15___ by Priority, first class United States mail, postage fully pre-paid, addressed to:

Lawrence Creed
1917 Fountain Spray
Wylie, TX 75098

Veronica Deaver
P.O. Box 2248
McKinney, TX 75070

Under penalty of perjury, I declare that the foregoing is true and correct.

Date ___7/24/15___          Signature _____
Chris Gerstner
Resolute Services
3000 Custer Road
Suite 270-138
Plano, TX 75075
972-994-6415
Chris@GoResolute.com

SUMMONS IN AN ADVERSARY PROCEEDING          Page 2 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



| | § | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LAWRENCE EDWARD CREED | § | CASE NO. 15-40892 |
| | § | (Chapter 7) |
| DEBTOR | § | |
| | § | |
| | § | |
| CHRIS GERSTNER | § | |
| DBA RESOLUTE SERVICES, | § | |
| | § | |
| PLAINTIFF | § | |
| | § | ADVERSARY NO. 15-04061 |
| V. | § | |
| | § | |
| LAWRENCE EDWARD CREED, | § | |
| | § | |
| DEFENDANT | § | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

> Honorable Brenda Rhoades
> 660 North Central Expressway
> Suite 300B
> Plano, TX 75074

At the same time, you must also serve a copy of the motion or answer upon the plaintiff.

Name and Address of Plaintiff:

> Resolute Services
> 3000 Custer Road #270-138
> Plano, TX 75075

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE**

SUMMONS IN AN ADVERSARY PROCEEDING

Page 1 of 2