IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| **LAWRENCE EDWARD CREED** | § § | Case No. 15-40892 |
| xxx-xx-8175 | § | |
| 1917 Fountain Spray, Wylie, TX 75098 | § § | |
| Debtor | § | Chapter 13 |
| | | |
| CHRIS GERSTNER | § § | |
| d/b/a Resolute Services | § § | |
| Plaintiff | § § | |
| v. | § § | Adversary No. 15-4061 |
| LAWRENCE EDWARD CREED | § § § | |
| Defendant | § | |

## ORDER DEFERRING ACTION ON NOTICE OF INTENT

On September 15, 2015, the Court issued a "Notice of Intent to Dismiss Counts 1 Through 6 of Plaintiff's Complaint Due to Conversion of Case to Chapter 13" in which the Court contemplated the dismissal of Counts 1 through 6 of the Plaintiff's complaint in light of the conversion of the underlying bankruptcy case from Chapter 7 to Chapter 13. Upon consultation with the parties at a management conference conducted on November 16, 2015, the Court finds that action with regard to the Notice of Intent should be deferred and that just exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that any action upon the Notice of Intent to Dismiss Counts 1 - 6 is hereby **DEFERRED** pending the continuation of the management conference to be conducted on March 15, 2016.

Signed on 11/16/2015

*/s/ Bill Parker*
_____
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE