IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| **LAWRENCE EDWARD CREED** § | | Case No. 15-40892 |
| xxx-xx-8175 § | | |
| 1917 Fountain Spray, Wylie, TX 75098 § | | |
| § | | |
| Debtor § | | Chapter 13 |
| CHRIS GERSTNER § | | |
| d/b/a Resolute Services § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| v. § | | Adversary No. 15-4061 |
| § | | |
| LAWRENCE EDWARD CREED § | | |
| § | | |
| § | | |
| Defendant § | | |

## ORDER DEFERRING ACTION ON NOTICE OF INTENT

On September 15, 2015, the Court issued a "Notice of Intent to Dismiss Counts 1 Through 6 of Plaintiff's Complaint Due to Conversion of Case to Chapter 13" in which the Court contemplated the dismissal of Counts 1 through 6 of the Plaintiff's complaint in light of the conversion of the underlying bankruptcy case from Chapter 7 to Chapter 13. Upon consultation with the parties at a management conference conducted on November 16, 2015, the Court finds that action with regard to the Notice of Intent should be deferred and that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that any action upon the Notice of Intent to Dismiss Counts 1 - 6 is hereby **DEFERRED** pending the continuation of the management conference to be conducted on March 15, 2016.

Signed on 11/16/2015

_____
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

Gerstner,
    Plaintiff                                   Adv. Proc. No. 15-04061-bp

Creed,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0540-4     User: judicej     Page 1 of 1     Date Rcvd: Nov 16, 2015
                     Form ID: pdf400     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2015.
db         +Lawrence Edward Creed,    2404 Beretta,    Mesquite, TX 75181-1038
pla        +Chris Gerstner,    dba Resolute Services,    3000 Custer Road #270-138,    Plano, TX 75075-4422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Nov 17 2015 01:36:52      US Trustee,
               Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,    Tyler, TX 75702-7231
                                                                                                         TOTAL: 1

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft*        +Lawrence Edward Creed,    2404 Beretta,    Mesquite, TX 75181-1038
                                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2015 at the address(es) listed below:
NONE.                                                                                                   TOTAL: 0